MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for ROBERT McCOMMAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,       ) No. 2:21-cr-110 JAM
              Plaintiff,       )
                          ) STIPULATION AND ORDER TO
      v.       ) CONTINUE STATUS CONFERENCE
                          )
JUAN ZAMORA-TORRES,       ) Requested date: 3-1-2022
JULIO MENDOZA-MADRIGAL,       ) Time: 9:30 a.m.
DORIAN WILLES,       ) Judge: Hon. John A. Mendez
ROBERT McCOMMAS  and       )
HEATHER ROMOSER,       )
              Defendants.       )
===============================)

      It is hereby stipulated between the parties, Aaron Pennekamp, Assistant United States Attorney, Noa Oren, Assistant Federal Defender, attorney for defendant JUAN ZAMORA-TORRES, Preciliano Martinez, attorney for defendant JULIO MENDOZA-MADRIGAL, Chris Cosca, attorney for defendant DORIAN WILLES, Michael D. Long, attorney for defendant ROBERT McCOMMAS, and Toni White, attorney for defendant HEATHER ROMOSER, that the status conference set for December 14, 2021, at 9:30 a.m. should be continued and re-set for March 1, 2022, at 9:30 a.m.

      The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  The government has provided over 100,000 pages of discovery.  All attorneys continue to read and view the discovery, investigate the case and meet with their respective clients.  Counsel for defendants believe that failure to grant the above-

requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

All parties are available to appear in this case on March 1, 2022.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial. Time has already been excluded through December 14, 2021.

All parties request the date of March 1, 2022, for the status hearing. The request for extending the date for the status conference is at the specific request of each of the defendants and with the knowing, intelligent and voluntary waiver of each defendant's speedy trial rights under the law. The government agrees that a continuance is necessary. Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from today's date to March 1, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  November 29, 2021                    Respectfully submitted,

                                             /s/ Michael D. Long
                                             MICHAEL D. LONG
                                             Attorney for Robert McCommas

                                             /s/ Noa Oren
                                             A.F.D. NOA OREN
                                             Attorney for Juan Zamora Torres

                                             /s/ Preciliano Martinez
                                             PRECILIANO MARTINEZ
                                             Attorney for Julio Mendoza Madrigal

/s/ Chris Cosca
CHRIS COSCA
Attorney for Dorian Willes

/s/ Toni White
TONI WHITE
Attorney for Heather Romoser

Dated:  November 29, 2021                    PHILLIP TALBERT
Acting United States Attorney

/s/ Aaron Pennekamp
AARON PENNEKAMP
Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for March 1, 2022, at 9:30 a.m., before District Court Judge John A. Mendez.

Time is is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  Time is excluded through the new hearing date of March 1, 2022.

DATED:  November 29, 2021                    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE