MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
mike.long.law@msn.com

Attorney for ROBERT McCOMMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT McCOMMAS,<br>    Defendant. | Case No. 2:21-CR-110 JAM<br><br>**STIPULATION TO PERMIT TRAVEL TO ATTEND FUNERAL; PROPOSED ORDER**<br><br>Judge:  Hon. Jeremy D. Peterson<br>Date:   May 23, 2022 |

Defendant Robert McCommas moves the Court for an order temporarily releasing him from custody so that he may attend the burial service of Raul Rodriguez Sanchez, his father-in-law, on Friday, May 27, 2022, in Marysville, California.  Raul Rodriguez Sanchez died on May 16, 2022.  We are requesting for Robert McCommas to be temporarily released from the Sacramento County jail to the United States Marshals Service, and then from the United States Marshals Service to CJA private investigator Martin Whited from approximately 8:00 a.m. to 5:00 p.m. on May 27, 2022.

AUSAs Angela Scott, counsel for the United States, has been advised of this emergency motion and has no objection to the release of defendant McCommas on the terms and conditions described herein.

Martin Whited, an investigator appointed for this case by the Court, has agreed to transport Mr. McCommas to the church service, the graveside burial service, and then the

-1-

celebration of life.  The church service will take place at 11:00am at St. Joseph Catholic Church at 702 C Street in Marysville, CA.  Mr. McCommas would arrive to the service early to help set up for the funeral service along with his three sons (Angel, Raul and Jayden).  The burial service will start at 12:30pm at Sierra View Mortuary in nearby Olivehurst, California.  The Celebration of Life will start at 1:30pm at St. Joseph Catholic Church at 702 C Street in Marysville, CA.  The distance from the Sacramento County Jail to Marysville is approximately 40 miles.  Google Maps estimates the drive is approximately 40 minutes from Sacramento to Marysville.

We request that investigator Martin Whited pick up Mr. McCommas from the Sacramento County jail at 651 I Street at 8:00 a.m. on May 27, 2022, and return Mr. McCommas to the Sacramento County jail at 651 I Street by 5:00 p.m. on the same day.

Mr. McCommas shall abide by the Center for Disease Control and Prevention's, recommended COVID-19 precautions including the use of a face mask and social distancing.

Investigator Martin Whited will contact Pretrial Services and the United States Marshals immediately at the phone numbers provided to him by defense counsel should any issue arise during the release period.

Mr. McCommas is presently in custody after having pleaded guilty on May 3, 2022, to one count of 21 USC 843(b). (ECF 105-107.) Other than the indictment in this case, there are no other criminal charges pending against him in this court or elsewhere.  His sentencing hearing is set for August 9, 2022, before Judge Mendez.  (ECF 106.).

Mr. McCommas asks that the Court permit him to be temporarily released by the Marshal to the third-party custody of appointed private investigator Martin Whited, to attend the burial service.  Mr. Whited will transport Mr. McCommas to the church service, burial service and celebration of life and he will return Mr. McCommas to the Sacramento County jail at 651 I Street by 5:00 p.m. on the same day.  Mr. McCommas will remain in Mr. Whited's presence

during his release and will adhere to any other orders the Court may set.  Mr. McCommas will sign the attached Notice to Defendant Being Released (modified to fit the conditions of this temporary release) which defense counsel will submit to the Courtroom Deputy for filing before May 27, 2022.

     A copy of Raul Rodriguez Sanchez's death certificate will be provided to AUSA Scott. We will provide copies of any funeral notices when we receive them.

Respectfully Submitted,

Dated:  May 20, 2022                         /s/ *Michael D. Long*
MICHAEL D. LONG
Attorney for ROBERT McCOMMAS

Dated:  May 20, 2022                         PHIL TALBERT
United States Attorney

/s/ *Angela Scott*
ANGELA SCOTT
Assistant U.S. Attorney

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
mike.long.law@msn.com

Attorney for ROBERT McCOMMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT McCOMMAS,<br><br>Defendant. | Case No. 2:21-CR-110 JAM<br><br>~~PROPOSED~~ **ORDER FOR EMERGENCY TRAVEL TO ATTEND FUNERAL**<br><br>Judge: Hon. Jeremy D. Peterson<br>Date: May 23, 2022<br>Time: 2:00 p.m. |

IT IS HEREBY ORDERED THAT private investigator Martin Whited pick up Mr. Robert McCommas, from the Sacramento County jail at 651 I Street at 8:00 a.m. on May 27, 2022, and to return Mr. McCommas to the Sacramento County jail at 651 I Street by 5:00 p.m. on the same day.

IT IS FURTHER ORDERED that the United States Marshals Service is directed to make necessary arrangements with Sacramento Main Jail for Mr. McCommas's release and surrender.

IT IS FURTHER ORDERED THAT investigator Martin Whited drive defendant Robert McCommas directly to St. Joseph Catholic Church at 702 C Street in Marysville, CA, to attend the church funeral service, burial service and celebration of life of Raul Rodriguez Sanchez.  Mr. Whited will drive Mr. McCommas to Sierra View Mortuary in Olivehurst, CA for the burial service.

IT IS FURTHER ORDERED that Robert McCommas be at all times in the company of investigator Martin Whited until Robert McCommas is returned to the Marshals Service.

IT IS FURTHER ORDERED that Robert McCommas consume no alcohol or drugs at any time on May 27, 2022.

IT IS FURTHER ORDERED that investigator Martin Whited is notify the government and Pretrial Services immediately if Mr. McCommas is non-compliant with the conditions of his release.

IT IS FURTHER ORDERED that Mr. McCommas sign the attached Notice to Defendant Being Released and file it with the Court before his release. All conditions set forth in that notice are hereby ORDERED.

IT IS SO FOUND AND ORDERED on this date, May 23, 2022.

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE