UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 26, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT LEWIS MCCOMMAS,

Defendant.

Case No. 2:21-cr-00110-JAM

**ORDER FOR TEMPORARY RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ROBERT LEWIS MCCOMMAS, Case No. 2:21-cr-00110-JAM  Charge 21 U.S.C. § 846, from custody for the following reasons:

|   | Release on Personal Recognizance |
|---|---|
|   | Bail Posted in the Sum of $ |
|   | Unsecured Appearance Bond $ |
|   | Appearance Bond with 10% Deposit |
|   | Appearance Bond with Surety |
|   | Corporate Surety Bail Bond |
| X | (Other): Defendant is to be released to investigator Martin Whited on Friday, May 27, 2022 at 8:00 a.m. and is to return to the Sacramento County Main Jail by 5:00 p.m. on the same day. |

Issued at Sacramento, California on May 26, 2022 at 8:00 a.m.

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE