MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for ROBERT McCOMMAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT McCOMMAS,<br><br>　　　　　　Defendant. | ) No. 21-110 JAM<br>)<br>) STIPULATION AND ORDER<br>) TO CONTINUE SENTENCING<br>) TO SEPTEMBER 27, 2022<br>)<br>) Judge: Hon. John A. Mendez |

　　　　Defendant Robert McCommas is requesting a continuance of his sentencing hearing, which is presently set for August 30, 2022, to a new date of September 27, 2022.  AUSA Aaron Pennekamp, on behalf of the United States Attorney's Office, and USPO Aylin McFarland, on behalf of the United States Probation Office, have no objection to the requested continuance.  We request that the PSR schedule be revised as follows:

　　　　Judgment and Sentencing Date: September 27, 2022

　　　　Reply, or Statement of Non-opposition: September 20, 2022

　　　　Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: September 13, 2022

　　　　The final Presentence Report shall be filed with the Court and disclosed to the parties no later than: September 7, 2022

　　　　Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than August 30, 2022

　　　　The draft Presentence Report has already been filed.

Dated: August 5, 2022                             Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Robert McCommas

Dated: August 5, 2022                             PHILLIP TALBERT
United States Attorney

/s/ Aaron Pennekamp
AARON PENNEKAMP
Assistant U.S. Attorney

///

# ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The Court hereby orders that Mr. McCommas's sentencing hearing and Presentence Report schedule is modified as follows:

Judgment and Sentencing Date: September 27, 2022, at 9:30 a.m.

Reply, or Statement of Non-opposition: September 20, 2022

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: September 13, 2022

The final Presentence Report shall be filed with the Court and disclosed to the parties no later than: September 7, 2022

Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than August 30, 2022

The draft Presentence Report has already been filed.

Dated: August 5, 2022                    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE